UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LLOYD R. MOORE, JR.,<br><br>     Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>     Defendant. | NO: 13-CV-0325-TOR<br><br>ORDER REMANDING CASE |

BEFORE THE COURT is the parties' Stipulated Motion for Remand (ECF No. 24). Pursuant to the parties' stipulation, this case is hereby reversed and remanded to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Remand (ECF No. 24) is **GRANTED**. The Commissioner's decision regarding Plaintiff's application for supplemental security income disability benefits under Title XVI of the

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

Social Security Act is **REVERSED** and **REMANDED** to the Commissioner of Social Security for a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g).

2. On remand, the ALJ shall consider new evidence, including the opinions of Lylanya Cox, M.D., dated January 28, 2011 (Tr. 435), and Angela Huago, D.O., dated February 4, 2011 (Tr. 436). The ALJ will also consider new evidence of a torn rotator cuff and evaluate its severity. The ALJ will also evaluate Plaintiff's mental impairments using the special technique as required by 20 C.F.R. § 416.920a. The ALJ will also address evidence of obesity pursuant to Social Security Ruling 02-1p. The ALJ will also re-assess whether Plaintiff was capable of performing his past relevant work at step four of the sequential evaluation process, and obtain evidence from a vocational expert to clarify the effect of occasional reaching and overhead activities on the sedentary occupational base. Finally, the ALJ will address evidence of substance abuse using the guidance in Social Security Ruling 13-2p.

3. Plaintiff will be entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

4. All pending motions are **DENIED** as moot.

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2

1  The District Court Executive is hereby directed to enter this Order, provide

2  copies to counsel, enter **JUDGMENT** for Plaintiff, and **CLOSE** the file.

3  **DATED** August 7, 2014.



THOMAS O. RICE
United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 3